**Order entered April 11, 2019**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-19-00410-CV

### IN RE STACEY D. HOWARD, Relator

**Original Proceeding from the 401st Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 401-04354-2013**

## ORDER

Before Justices Myers, Molberg, and Nowell

Before the Court is relator's April 9, 2019 petition for writ of mandamus.  We request the

real party in interest and respondent file their responses, if any, to the petition **by April 30, 2019.**

/s/     LANA MYERS
        JUSTICE